

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00270-CR

**EX PARTE** Timothy **CAMPBELL**

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 484926
Honorable Crystal D. Chandler, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  July 29, 2015

DISMISSED FOR LACK OF JURISDICTION

This is an accelerated appeal. Timothy Campbell has filed a notice of appeal, stating that he is appealing the denial of his pre-trial application for writ of habeas corpus seeking release because of delay. Appellant states that relief was denied by the trial court on April 14, 2015. However, the clerk's record has now been filed and does not reflect that the trial court has ruled on Campbell's application for writ of habeas corpus.

Appellate courts do not have jurisdiction to review a denial of an application for a writ of habeas corpus. *Ex parte Hargett*, 819 S.W.2d 866, 868 (Tex. Crim. App. 1991). They can only review a ruling on the merits of the claim. *Id*. The clerk's record does not indicate that the trial court has considered the merits of Campbell's application for writ of habeas corpus. It therefore appears that we lack jurisdiction over this appeal. On June 27, 2015, we ordered Timothy Campbell

to show cause on or before July 1, 2015, why this appeal should not be dismissed for lack of jurisdiction. No response has been filed. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH